ANDREW J. LOCKHART et al, Respondents, v. CITY OF CLEAR LAKE et al, Appellants.

(195 N. W. 500.)

(File No. 5204. Opinion filed October 18, 1923.)

Appeal from Circuit Court, Deuel County; Hon. W. N. SKINNER, Judge.

*Wiley W. Knight,* of Clear Lake, for Appellants.

*T. J. Law,* of Clear Lake, for Respondents.

SHERWOOD, J. We have recently decided two cases which are decisive of the issues presented in this case. While the facts here are not identical with the facts in Kreger v. City of Clear Lake, — S. D. —, 195 N. W. 498, decided at this term of court, they are sufficiently near to bring this cause within the rules laid down in Kreger v. City of Clear Lake, supra.

The judgment of the circuit court must be reversed; and it is so ordered.

DILLON, J., dissents.

Note.—Reported in 195 N. W. 500. See note on Kreger v. City of Clear Lake, — S. D. —